IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Peggy Ambler, an adult individual, :
and John Ambler, an adult individual :
                                      :
            v.                        : No. 69 C.D. 2019
                                      :
Board of School Directors of the      :
Hatboro-Horsham School District,       :
and Hatboro-Horsham School District,   :
a Political Subdivision,               :
                  Appellants           :

# **O R D E R**

NOW, January 30, 2020, having considered Appellees' application for

reargument and Appellants' answer in response thereto, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge